IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLAMEKUS JOHNSON               PLAINTIFF

VS.              CIVIL ACTION NO. 3:24-cv-380-KHJ-MTP

CITY OF PEARL, MISSISSIPPI, CHIEF DEAN SCOTT,
In His Individual and Official Capacity, OFFICER
JAMES R. STOVALL, In His Individual and
Official Capacity, SERGEANT GREENE, In His
Individual and Official Capacity, JOHN DOES 1-5, In Their
Individual and Official Capacities
                        DEFENDANTS

**PLAINTIFF'S REPLY TO DEFENDANT CITY OF PEARL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND [DOC. 35]**

**COMES NOW** Clamekus Johnson (hereinafter "Plaintiff"), by and through his attorneys, and files this his Reply to Defendant City of Pearl's Response in Opposition to Plaintiff's Motion to Amend [Doc. 35].

Plaintiff's Counsel filing of Plaintiff's Motion to Amend on August 15, 2025, one day after the Court imposed August 14, 2025, was due to an error wherein Plaintiff Counsel calendared the date by which the Motion filing was required as August 15, 2025, as opposed to August 14, 2025. Of course, Plaintiff Counsel accepts fault and accountability for said error, but submits to the Court that the error was not intentional and did not occur to delay any decision or determination by this Honorable Court. Plaintiff's Counsel did not request leave for additional time to file Plaintiff's Motion for Leave to Amend [Doc. 34] because when Plaintiff's Counsel filed the Motion to Amend, Plaintiff's Counsel was, at the time, proceeding under the time frame for responding that he presumed to be correct. Further, Plaintiff's Counsel submits is evidenced by the filing occurring one day after August 14, 2025, as opposed to any significant, intentional delay.

For the reasons provided in Plaintiff's Memorandum in Support of Plaintiff's Reply to Defendant City of Pearl's Response in Opposition to Plaintiff's Motion to Amend, contemporaneously filed herein, Plaintiff requests that this Honorable Court grant the relief requested in Plaintiff's Motion for Leave and enter an order granting Plaintiff Motion for Leave to Amend.

RESPECTFULLY SUBMITTED,

CLAMEKUS JOHNSON, PLAINTIFF

BY: /s/Kevin B. Bass

KEVIN BASS (MSB# 103968)
MARCUS WILLIAMS (MSB# 104871)
WILLIAMS & BASS, PLLC
POST OFFICE BOX 12889
JACKSON, MISSISSIPPI 39236
TELEPHONE: (601) 398-2266
FACSIMILE: (601) 351-5496
EMAIL: KBASS@WILLIAMSBASS.COM
MWILLIAMS@WILLIAMSBASS.COM

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on September 19, 2025, I electronically filed Plaintiff's reply herein with the Clerk of the Court by use of the CM/ECF filing system, which sent notification of such filing to all Counsel of record, including Mallory K. Bland.

/s/Kevin B. Bass
Kevin B. Bass