IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLAMEKUS JOHNSON                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:24-cv-380-KHJ-MTP

OFFICER JAMES R. STOVALL, In His
Individual and Official Capacity, SERGEANT
GREENE, In His Individual and Official
Capacity, JOHN DOES 1-5, In Their Individual
and Official Capacities                                                             DEFENDANTS

## UNOPPOSED MOTION FOR TIME TO ANSWER OR OTHERWISE DEFEND

Defendants James R. Stovall and Sergeant Jimmy Green file this their Unopposed Motion for Time to Answer or Otherwise Defend, as follows:

1.

Plaintiff's Amended Complaint [44] was filed on January 14, 2026. These defendants and Plaintiff have been engaged in settlement discussions and desire some additional time to determine if this case can be resolved without further litigation. Accordingly, Defendants Stovall and Green respectfully request a 14-day extension of their deadline to answer or otherwise defend, which would make their new deadline February 11, 2026.

2.

Undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel does not oppose this request. This request is not made for purposes of delay, and no party will be prejudiced if it is granted.

WHEREFORE, PREMISES CONSIDERED, Defendants James Stovall and Jimmy Green respectfully request an extension of 14 days to answer or otherwise defend.

{D2536419.1}

THIS, the 28th day of January, 2026.

                Respectfully submitted,

                JAMES STOVALL AND JIMMY GREEN

            BY: /s/ *Tom Julian*
                OF COUNSEL

TOM JULIAN - MS BAR NO. 101905
tjulian@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
214 KEY DRIVE, SUITE 2000 (39110)
P.O. BOX 2483
MADISON, MS 39130
TELEPHONE: 601-969-7607
FACSIMILE:  601-969-1116

{D2536419.1}